JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

| | |
|---|---|
| UNIVERSAL ELECTRONICS INC., | No. SA CV 09-00207 DOC (RNB) |
| Plaintiff/Counterdefendant, | STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT |
| v. | |
| WARREN COMMUNICATIONS NEWS, INC., | |
| Defendant/Counterplaintiff. | |

Pursuant to the Joint Motion and stipulation of the Parties, this Action hereby is <u>dismissed with prejudice</u>, each Party to bear its own costs and fees. Jurisdiction is retained for the purpose of enforcing the confidential settlement agreement of the parties.

IT IS SO ORDERED.

Dated: ~~January __, 2010~~
February 1, 2010

_David O. Carter_

United States District Judge

13097727.1